U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TINA SCOULLER,<br>    Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Commissioner of Social Security,<br>    Defendant. | 3:16-CV-05725-JLR<br><br><br><br>ORDER |

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1,946.07 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

    If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR

1  97293. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt
2  shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.
3  DATED this 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

Recommended for Entry
This ___ day of _____, 2017.

_____
United States Magistrate Judge

Presented by:

s/ Kevin Kerr
KEVIN KERR, WSB #47715
Schneider Kerr & Robichaux
PO Box 14490
Portland, OR 97293
(503) 255-9092
kevinkerr@schneiderlaw.com